# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:15CR00030-1 JLH

LUCAS ERICSSON

## ORDER

Defendant's Pretrial Services Officer ("PTSO") has advised the Court that Defendant is on unpaid leave from his current job due to the pending charges. Accordingly, his conditions of release will be modified to require him to actively seek other employment. All other conditions of release, including home detention, shall remain in effect.

Defendant's PTSO also indicates that, on a recent home visit, Defendant admitted to using a laptop to play video games. When the Court imposed conditions, it authorized the use of a computer at Defendant's mother's home, but emphasized that there can be no internet access in the home. Defendant's bond papers, which were checked to indicate "no access to cell phones or computers," are modified to permit the use of a computer *without internet access*, *but there must be no internet access in the home*.

IT IS SO ORDERED this 3rd day of April, 2015.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE